IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| THOMAS REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:09-cv-00944   SWW |
| v. ) | |
| ) | |
| FIRST CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

IT IS SO ORDERED this 31st day of March 2010.

**/s/Susan Webber Wright**
United States District Judge